UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA ZARETZKE,<br><br>                    Plaintiff,<br>     v.<br><br>THE BOEING COMPANY,<br><br>                    Defendant. | CASE NO. C17-0971JLR<br><br>ORDER GRANTING MOTION TO AMEND THE COMPLAINT |

On September 12, 2017, Plaintiff Jessica Zaretzke filed a motion to amend her complaint to add claims for violations and damages under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. (MTA (Dkt. # 11).) Ms. Zaretzke attached a copy of her proposed first amended complaint, with her proposed amendments highlighted in yellow, as Exhibit A to the declaration of her counsel. (Tamblyn Decl. (Dkt. # 11-1) ¶ 9, Ex. A.) On September 27, 2017, Defendant The Boeing Company ("Boeing") filed a notice indicating it did not oppose Ms. Zaretzke's motion. (Notice (Dkt. # 12).) Accordingly, the court GRANTS Ms. Zaretzke's motion (Dkt. # 11). The

ORDER - 1

court ORDERS Ms. Zaretzke to file her first amended complaint without the yellow highlighting on the docket within seven (7) days of the filing of this order. (*See* Tamblyn Decl. ¶ 9, Ex. A.)

Dated this 28th day of September, 2017.

JAMES L. ROBART
United States District Judge