THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSICA ZARETZKE, an individual,

               Plaintiff,

v.

THE BOEING COMPANY, a Washington Company,

               Defendant.

No. 2:17-cv-00971-JLR

**CLAIM OF ATTORNEY'S LIEN AGAINST THE BOEING COMPANY**

TO:    THE BOEING COMPANY;

AND TO: CLERK OF COURT; AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

      NOTICE IS HEREBY GIVEN that the undersigned attorney claims a lien under RCWA 60.40.010(3), providing for a lien on money in the hands of an adverse party in an action or proceeding, being amounts due from you to Mercer Island Law Group PLLC on the claim alleged in the above titled and numbered action. I claim the lien for unpaid fees for services rendered to Jessica Zaretzke in that action in the amount of up to 45% of the gross recovery on the basis of the contingent fee agreement entered into by the undersigned attorney and Jessica Zaretzke, together with interest.

CLAIM OF ATTORNEY'S LIEN - 1
No. 2:17-cv-00971-JLR

GEORGE O. TAMBLYN
**MERCER ISLAND LAW GROUP, PLLC**
2448 76th Ave. SE, Suite 100
Mercer Island, WA 98040

1  Dated this 3rd day of April, 2018.

2

3

4
*s/ George O. Tamblyn*
George O. Tamblyn, WSBA No. 15429
5
MERCER ISLAND LAW GROUP
2448 76th Avenue SE, Suite 100
6
Mercer Island, WA  98040
Telephone: 206-236-2769
7
Facsimile: 206-236-1892
Email: gtamblyn@mercerlg.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

CLAIM OF ATTORNEY'S LIEN - 2
No. 2:17-cv-00971-JLR

GEORGE O. TAMBLYN
**MERCER ISLAND LAW GROUP, PLLC**
2448 76th Ave. SE, Suite 100
Mercer Island, WA 98040

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Gregory M. Skidmore
> Vera Fomina
> Skidmore & Fomina PLLC
> 14205 SE 36th Street, Suite 100
> Bellevue, WA 98006-1553
> gskidmore@skidmorefomina.com
> vfomina@skidmorefomina.com
> *Attorneys for Plaintiff Jessica Zaretzke*
>
> Clifford D. Sethness
> Morgan, Lewis & Bockius
> 300 S. Grand Avenue, Suite 2200
> Los Angeles, CA 90071
> Clifford.sethness@morganlewis.com
>
> Laurence A. Shapero
> Ogletree Deakins Nash Smoak & Stewart
> 800 Fifth Avenue, Suite 4100
> Seattle, WA 98104
> laurence.shapero@ogletree.com
> *Attorneys for Defendant The Boeing Company.*

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED this 3rd day of April, 2018, at Mercer Island, Washington.

*s/ George O. Tamblyn*
George O. Tamblyn, WSBA No. 15429
MERCER ISLAND LAW GROUP
2448 76th Avenue SE, Suite 100
Mercer Island, WA 98040
Telephone: 206-236-2769
Facsimile: 206-236-1892
Email: gtamblyn@mercerlg.com
*Attorney for Plaintiff*
*Mercer Island Law Group*

CLAIM OF ATTORNEY'S LIEN - 3
No. 2:17-cv-00971-JLR

GEORGE O. TAMBLYN
**MERCER ISLAND LAW GROUP, PLLC**
2448 76th Ave. SE, Suite 100
Mercer Island, WA 98040