THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA ZARETZKE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, a Washington Company, <br><br> Defendant. | No. 2:17-cv-00971-JLR <br><br> **RELEASE OF ATTORNEY'S LIEN AGAINST THE BOEING COMPANY** |

TO:   THE BOEING COMPANY;

AND TO: CLERK OF COURT; AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that the attorney's lien made and executed by the undersigned, George Tamblyn, managing member of Mercer Island Law Group, and recorded on April 3, 2018 as Docket No. 19, is hereby released.  This lien release is made pursuant to, and governed by, the terms of a binding CR 2A Agreement dated July 2, 2018.

Dated this 9th day of July, 2018.

*George Tamblyn*

George O. Tamblyn, WSBA No. 15429

CLAIM OF ATTORNEY'S LIEN - 1
No. 2:17-cv-00971-JLR

GEORGE O. TAMBLYN
**MERCER ISLAND LAW GROUP, PLLC**
2448 76th Ave. SE, Suite 100
Mercer Island, WA 98040

MERCER ISLAND LAW GROUP
2448 76th Avenue SE, Suite 100
Mercer Island, WA  98040
Telephone: 206-236-2769
Facsimile: 206-236-1892
Email: gtamblyn@mercerlg.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

CLAIM OF ATTORNEY'S LIEN - 2
No. 2:17-cv-00971-JLR

G<span>EORGE</span> O. T<span>AMBLYN</span>
**MERCER ISLAND LAW GROUP, PLLC**
2448 76th Ave. SE, Suite 100
Mercer Island, WA 98040

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Gregory M. Skidmore
> Vera Fomina
> Skidmore & Fomina PLLC
> 14205 SE 36th Street, Suite 100
> Bellevue, WA 98006-1553
> gskidmore@skidmorefomina.com
> vfomina@skidmorefomina.com
> *Attorneys for Plaintiff Jessica Zaretzke*

> Clifford D. Sethness
> Morgan, Lewis & Bockius
> 300 S. Grand Avenue, Suite 2200
> Los Angeles, CA 90071
> Clifford.sethness@morganlewis.com
>
> Laurence A. Shapero
> Ogletree Deakins Nash Smoak & Stewart
> 800 Fifth Avenue, Suite 4100
> Seattle, WA 98104
> laurence.shapero@ogletree.com
> *Attorneys for Defendant The Boeing Company.*

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED this 9th day of July, 2018, at Mercer Island, Washington.

> *s/ George O. Tamblyn*
> George O. Tamblyn, WSBA No. 15429
> MERCER ISLAND LAW GROUP
> 2448 76th Avenue SE, Suite 100
> Mercer Island, WA 98040
> Telephone: 206-236-2769
> Facsimile: 206-236-1892
> Email: gtamblyn@mercerlg.com
> *Attorney for Plaintiff*
> *Mercer Island Law Group*

CLAIM OF ATTORNEY'S LIEN - 3
No. 2:17-cv-00971-JLR

GEORGE O. TAMBLYN
**MERCER ISLAND LAW GROUP, PLLC**
2448 76th Ave. SE, Suite 100
Mercer Island, WA 98040