The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JESSICA ZARETZKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Washington company,<br><br>Defendant. | Case No 2:17-cv-00971-JLR<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT THE BOEING COMPANY'S MOTION TO SEAL EXHIBIT SUBMITTED IN SUPPORT OF ITS MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 14, 2018**<br><br>**ORAL ARGUMENT REQUESTED** |

## [PROPOSED] ORDER

THIS MATTER came before the Court based upon Defendant The Boeing Company's Motion to Seal Exhibit Submitted in Support of Its Motion to Enforce Settlement Agreement. The Court has reviewed Defendant's Motion and supporting documents.

Based upon the foregoing, and good cause appearing, it is ORDERED that the Memorandum of Material Terms Subject to CR 2A dated June 4, 2018, attached as Exhibit A to the Declaration of Nancy Villarreal, be sealed.

[PROPOSED] ORDER GRANTING DEFENDANT
THE BOEING COMPANY'S MOTION TO SEAL
EXHIBIT - 1
(No. 17-00971-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**SO ORDERED.**

Dated: Sept. 4, 2018

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ Laurence A. Shapero
Laurence A. Shapero, WSBA #31301
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-876-5301
Fax: 206-693-7058
Email: Laurence.shapero@ogletree.com

By: /s/ Nancy Villarreal
Clifford D. Sethness, WSBA #14110
Nancy Villarreal (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213)612-2500
Facsimile: (213)612-2501
Email: clifford.sethness@morganlewis.com
nancy.villarreal@morganlewis.com

DB2/ 34141976.1

[PROPOSED] ORDER GRANTING DEFENDANT
THE BOEING COMPANY'S MOTION TO SEAL
EXHIBIT - 2
(No. 17-00971-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058