UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA ZARETZKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY,<br>a Washington company,<br><br>Defendant. | Case No. 2:17-cv-00971-JLR<br><br>**REPLY OF DEFENDANT THE BOEING COMPANY IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 14, 2018**<br><br>**ORAL ARGUMENT REQUESTED** |

REPLY OF DEFENDANT THE BOEING
COMPANY ISO MOTION TO ENFORCE
SETTLEMENT AGREEMENT
(No. 17-00971-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Plaintiff Jessica Zaretzke's ("Plaintiff") Response to Defendant the Boeing Company's ("Boeing") Motion to Enforce Settlement Agreement demonstrates the need for the Court to issue an order stating that Boeing will not be held liable to Plaintiff, Mercer Island Law Group, PLLC, or Skidmore & Fomina, PLLC, for any attorneys' fees, costs, or other expenses relating to this case, other than those set forth in the long form settlement agreement to be executed by the Parties. By Plaintiff's own admission, "[t]he intramural dispute between Plaintiff's predecessor and successor counsel may continue for months, and may or may not be the subject of separate legal proceedings." Dkt. 25 at 7:18-21. As Plaintiff further acknowledges, Mercer Island Law Group's lien was for an "'amount of up to 45% of the gross recovery.'" Dkt. 25 at 3:21-25. Skidmore & Fomina, PLLC, however, has requested 35% of the settlement be allocated as attorneys' fees and costs. Dkt. 25-1 at 9. Plaintiff claims that Skidmore & Fomina and Mercer Island Law Group entered into a CR2A agreement on July 2, 2018, under which Skidmore & Fomina and Mercer Island Law Group agreed that the disputed attorneys' fee portion would be held in trust by the attorneys representing Skidmore & Fomina, pending the resolution of Plaintiff's counsel's fee dispute. Dkt. 25 at 5:1-9. Plaintiff, however, has never produced the CR2A agreement between Skidmore & Fomina and Mercer Island Law Group, leaving Boeing to wonder whether the total attorneys' fees sought by Skidmore & Fomina and Mercer Island Law Group is 35% or some other amount.

Plaintiff's claim that she unilaterally signed the long form settlement agreement one business day before Boeing filed its Motion to Enforce the Settlement Agreement is misleading given that Plaintiff made substantive modifications to the long form agreement. Specifically, Plaintiff removed language from the draft settlement agreement stating that Mercer Island Law Group's lien release would be a full and complete release by Mercer Island Law Group of any and all claims Mercer Island Law Group has, or might have, for attorney's fees, costs, or any other expenses relating to this action. Declaration of Nancy Villarreal ISO Motion to Enforce ("Villarreal Decl. ISO Motion to Enforce"), ¶ 9. This language was critical given that the Lien

REPLY OF DEFENDANT THE BOEING
COMPANY ISO MOTION TO ENFORCE
SETTLEMENT AGREEMENT - 1
(No. 17-00971-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Release Mercer Island Law Group filed was a conditional release, which stated that the "lien release is made pursuant to, and governed by, the terms of a binding CR2A Agreement dated July 2, 2018"—a CR2A Agreement Boeing has never seen. Dkt. 20.

Moreover, it is Plaintiff—not Boeing—who has imposed delays due to Plaintiff's counsel's inability to resolve their attorneys' fee dispute. As discussed in Boeing's moving papers, Plaintiff requested multiple trial continuances. Villarreal Decl. ISO Motion to Enforce, ¶ 6. First, Plaintiff requested a three-month continuance in order for her attorneys to resolve their attorneys' fee dispute. *Id.* Three days later, Plaintiff requested the trial be delayed by six months so that her attorneys could resolve their fee dispute. Villarreal Decl. ISO Motion to Enforce, ¶ 7, Exh. F. When the parties subsequently conferred over Boeing's Motion to Enforce Settlement, Plaintiff's current counsel stated they might be willing to stipulate to Boeing's instant motion and requested copies of Boeing's yet-to-be-filed motion, only to later reverse course, make substantive unilateral changes to the draft long form settlement agreement, and oppose the instant motion. Moreover, Plaintiff flip-flopped on where she wanted the attorneys' fee portion to be deposited, creating further uncertainty and delay. First, Plaintiff asked the unascertained attorneys' fees be deposited into the "court registry." Villarreal Decl. ISO Motion to Enforce, ¶ 2, Exh. B. One month later, Plaintiff changed her mind and asked that the attorneys' fees be sent to a different law firm, Smith & Hennessey PLLC. Villarreal Decl. ISO Motion to Enforce, ¶ 4, Exh. D. Plaintiff's vacillation over the last several months has created uncertainty and delay and underscores the need for the Court to grant Boeing's Motion to Enforce.

Boeing is not seeking to evade its obligations under the CR2A Agreement with Plaintiff. Rather, Boeing seeks clarity and an order from the Court fully and finally resolving the attorneys' fee issue so that neither Plaintiff, Skidmore & Fomina nor Mercer Island Law Group can seek additional attorneys' fees and costs from Boeing at some later date when said law firms finally resolve their dispute. Notably, Boeing's Motion to Enforce should be granted given that

REPLY OF DEFENDANT THE BOEING
COMPANY ISO MOTION TO ENFORCE
SETTLEMENT AGREEMENT - 2
(No. 17-00971-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Mercer Island Law Group agrees with Boeing's [Proposed] Order. Villarreal Decl. ISO Motion to Enforce, ¶ 9.

Again, given the uncertainty regarding when the attorneys' fee dispute will be resolved between Skidmore & Fomina and Mercer Island Law Group, and to bring closure to this case, Boeing hereby requests the Court (1) issue an order enforcing the Parties' Settlement Agreement; (2) order Plaintiff to advise Boeing of the amount of the settlement to be designated as attorneys' fees within seven days of the Court's order; (3) order the Parties to finalize and execute a formal settlement agreement consistent with the Parties' Memorandum of Material Terms Subject to CR2A dated June 4, 2018 within fourteen days of the Court's order on Boeing Motion to Enforce; and (4) order that Boeing will not be held liable to Plaintiff, Mercer Island Law Group, PLLC, or Skidmore & Fomina, PLLC, for any attorneys' fees, costs, or other expenses relating to this case, other than those set forth in the long form settlement agreement to be executed by the Parties within fourteen days of the Court's order.

Dated: September 14, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-876-5301
Fax: 206-693-7058
Email: Laurence.shapero@ogletree.com

By: */s/ Nancy Villarreal*
Clifford D. Sethness, WSBA #14110
Nancy Villarreal (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213)612-2500
Facsimile: (213)612-2501
Email: clifford.sethness@morganlewis.com
nancy.villarreal@morganlewis.com

*Attorneys for Defendant*

REPLY OF DEFENDANT THE BOEING COMPANY ISO MOTION TO ENFORCE SETTLEMENT AGREEMENT - 3
(No. 17-00971-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, I electronically filed the foregoing document with the clerk of the U.S. District Court for the Western District of Washington at Seattle using the electronic case filing system of the court.

_/s/ Monet R.A. Torres_
Monet R.A. Torres

DB2/ 34477584.2

REPLY OF DEFENDANT THE BOEING
COMPANY ISO MOTION TO ENFORCE
SETTLEMENT AGREEMENT - 4
(No. 17-00971-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058