UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA ZARETZKE,<br><br>                    Plaintiff,<br>     v.<br><br>THE BOEING COMPANY,<br><br>                    Defendant. | CASE NO. C17-0971JLR<br><br>ORDER REGARDING DEFENDANT'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT |

Before the court is Defendant The Boeing Company's motion to enforce the parties' settlement agreement. (Mot. (Dkt. # 21).) On September 27, 2018, the court

//
//
//
//
//
//

ORDER - 1

heard the argument of counsel.  The court DENIES the motion as moot because the parties resolved their dispute as stated on the record.

Dated this 27th day of September, 2018.

JAMES L. ROBART
United States District Judge